### GACHOT v. HEIDELBURGER.

(Supreme Court, Appellate Term. April 10, 1908.)

TRIAL—DISMISSAL—GROUNDS—SUFFICIENCY OF EVIDENCE.

Where defendant offers no testimony, and plaintiff's evidence would seem to even justify the direction of a verdict in his favor, the issues should at least be submitted to the jury, and it is error to dismiss the complaint.

[Ed. Note.—For cases in point, see Cent. Dig. vol. 46, Trial, §§ 332, 333.]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by Charles Gachot against Joseph Heidelburger. From an order dismissing the complaint, plaintiff appeals. Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and SEABURY and DAYTON, JJ.

Charles La Rue, for appellant.
Arthur Mayer, for respondent.

PER CURIAM. The defendant offered no testimony. The complaint was dismissed. In any event the request to go to the jury should have been granted, especially as it would seem that plaintiff's evidence justified the direction of a verdict in his favor.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.